FORM 8A. Entry of Appearance                                         Form 8A (p.1)
                                                                     July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-2138

**Short Case Caption:** North Star Technology International Ltd. v. Latham Pool Products, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Latham Pool Products, Inc.

| | | |
|---|---|---|
| **Principal Counsel:** Russell A. Korn | | Admission Date: 12/18/2006 |
| Firm/Agency/Org.: Kilpatrick Townsend & Stockton LLP | | |
| Address: 1100 Peachtree Street, Suite 2800, Atlanta, GA 30309 | | |
| Phone: 404-815-6500 | Email: rkorn@kilpatricktownsend.com | |
| **Other Counsel:** Michael Bertelson | | Admission Date: 11/17/2006 |
| Firm/Agency/Org.: Kilpatrick Townsend & Stockton LLP | | |
| Address: 1100 Peachtree Street, Suite 2800, Atlanta, GA 30309 | | |
| Phone: 404-815-6500 | Email: mbertelson@kilpatricktownsend.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/2/23              Signature:  /s/ Russell A. Korn

                          Name:       Russell K. Korn

**FORM 8A. Entry of Appearance**          Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Megan E. Bussey | Admission Date: 10/20/2010 |
|---|---|
| Firm/Agency/Org.: Kilpatrick Townsend & Stockton LLP ||
| Address: 1114 Avenue of the Americas, New York, NY 10036-7703 ||
| Phone: 212-775-8700 | Email: mbussey@kilpatricktownsend.com |
| **Other Counsel:** Courtney Dabbiere | Admission Date: 09/28/2016 |
| Firm/Agency/Org.: Kilpatrick Townsend & Stockton LLP ||
| Address: 1100 Peachtree Street, Suite 2800, Atlanta, GA 30309 ||
| Phone: 404-815-6500 | Email: cdabbiere@kilpatricktownsend.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and thereby served a copy on counsel of record by electronic means this 2nd day of August, 2023.

/s/ *Russell A. Korn*

KILPATRICK TOWNSEND & STOCKTON LLP

1100 Peachtree Street N.E.
Suite 2800
Atlanta, GA 30309
(404) 815-6500
rkorn@kilpatricktownsend.com