NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORTH STAR TECHNOLOGY INTERNATIONAL LTD., NORTH STAR TECHNOLOGY LTD.,**
*Plaintiffs-Appellants*

**v.**

**LATHAM POOL PRODUCTS, INC.,**
*Defendant-Appellee*

---

2023-2138

---

Appeal from the United States District Court for the Eastern District of Tennessee in No. 3:19-cv-00120-KAC-DCP, Judge Katherine A. Crytzer.

---

**ON MOTION**

---

**O R D E R**

North Star Technology International Ltd. and North Star Technology Ltd. (collectively, "North Star") move unopposed for leave to file their opening brief out of time. ECF No. 26. North Star separately submits a motion to exceed the redaction limits of Federal Circuit Rule 25.1(a)(1)(A) in its opening brief to redact information related to Latham Pool Products, Inc.'s internal product

research and development activities and financial information. ECF No. 25.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) ECF No. 26 is granted to the limited extent that North Star's corrected non-confidential and corrected confidential briefs are deemed timely filed.

(2) Within 10 days of the date of entry of this order, Latham Pool Products is directed to respond as to why the confidentiality markings in North Star's corrected brief concerning Latham Pool's information are "appropriate and necessary pursuant to a statute, administrative regulation, or court rule." Fed. Cir. R. 25.1(d)(3)(A).

FOR THE COURT

November 13, 2023
Date

Jarrett B. Perlow
Clerk of Court