NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORTH STAR TECHNOLOGY INTERNATIONAL LTD., NORTH STAR TECHNOLOGY LTD.,**
*Plaintiffs-Appellants*

**v.**

**LATHAM POOL PRODUCTS, INC.,**
*Defendant-Appellee*

---

2023-2138

---

Appeal from the United States District Court for the Eastern District of Tennessee in No. 3:19-cv-00120-KAC-DCP, Judge Katherine A. Crytzer.

---

**ON MOTION**

---

**O R D E R**

Appellants (collectively, "NorthStar") submit a motion to exceed the redaction limits of Federal Circuit Rule 25.1(a)(1)(A) in its opening brief to redact information of Latham Pool Products, Inc. Latham Pool responds "that it has identified reductions in the number of words that require redaction to obviate the need for the Court to rule on North Star's Motion." ECF No. 28 at 4.

Upon consideration thereof,

IT IS ORDERED THAT:

Within seven days from the date of entry of this order, NorthStar is directed to respond to ECF No. 28. Any corrected opening brief should comply with Federal Circuit Rule 25(i)(3).

FOR THE COURT

December 4, 2023
Date

Jarrett B. Perlow
Clerk of Court