# United States Court of Appeals for the Federal Circuit

---

**NORTH STAR TECHNOLOGY INTERNATIONAL LTD., NORTH STAR TECHNOLOGY LTD.,**
*Plaintiffs-Appellants*

**v.**

**LATHAM POOL PRODUCTS, INC.,**
*Defendant-Appellee*

---

2023-2138

---

Appeal from the United States District Court for the Eastern District of Tennessee in No. 3:19-cv-00120-KAC-DCP, Judge Katherine A. Crytzer.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 24, 2025
Date

Jarrett B. Perlow
Clerk of Court